IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3082 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| DANIEL W. SAVAGE, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant's retained counsel, Kevin Oursland, has moved to withdraw as counsel of record for the defendant. Filing No. 17. Jonathan Braaten has now entered an appearance as retained counsel for the defendant. Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by Kevin Orsland, (filing no. 17), is granted. Mr. Oursland's name shall be withdrawn from all future ECF filings.

2) The trial of this case remains set for December 12, 2011.

DATED this 12th day of November, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge