IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DANIEL W. SAVAGE,

       Defendant.

4:11CR3082

FINAL ORDER OF FORFEITURE

    This matter is before the Court upon the United States' motion (filing [53](#)) requesting the Court to enter a final order of forfeiture. The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

1. On April 13, 2012, the Court entered a Preliminary Order of Forfeiture (filing [42](#)) pursuant to [18 U.S.C. §§ 2252A(a)(2)(A), (b)(1), and 2253](#), based upon the defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment (filing [1](#)). Under the Preliminary Order of Forfeiture, defendant's interest in the following properties was forfeited to the United States:

    a. One black Gateway desktop computer, model #DX4200, serial #XB686410 09994;

    b. One Seagate Free Agent Go 500 GB external drive, serial #26E7YC0Q;

    c. Assorted CD's/DVD's; and

    d. Simple Tech external hard drive 500 GB, serial #0813501050050 0642, and power cord.

2. A notice of criminal forfeiture was posted on an official internet government forfeiture site, [www.forfeiture.gov](#), for at least 30 consecutive days, beginning on April 19, 2012, per [Rule G(4)(a)(iv)(C)](#) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on July 18, 2012 (filing [52](#)).

3. The Court has been advised by the United States that no petitions have been filed. The Court has reviewed its records, and finds that no petitions have been filed.

IT IS THEREFORE ORDERED:

A. The United States' motion for final order of forfeiture (filing 53) is hereby sustained.

B. All right, title, and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed:

   1. One black Gateway desktop computer, model #DX4200, serial #XB686410 09994;

   2. One Seagate Free Agent Go 500 GB external drive, serial #26E7YC0Q;

   3. Assorted CD's/DVD's; and

   4. Simple Tech external hard drive 500 GB, serial #08135010500500642, and power cord.

C. The properties described above, shall be and the same are hereby forfeited to the United States of America.

D. The United States is directed to dispose of said properties in accordance with law.

DATED this 19th day of July 2012.

BY THE COURT:

John M. Gerrard
United States District Judge